## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| JEFFREY ALAN McGINNIS ) | BANKRUPTCY CASE NUMBER 08-11233 |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on September 17, 2009, and issued checks as proposed in said proposed distribution.

3. That Check #111 issued to Midwest Verizon Wireless, Verizon Wireless, PO Box 3397, Bloomington, IL 61702 on October 20, 2009 in the amount of $26.10 has not been cashed.

4. That the Trustee hereby gives notice that such amount of **$26.10** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

   /s/ Yvette Gaff Kleven
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:  260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of January, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: Midwest Verizon Wireless, Verizon Wireless, PO Box 3397, Bloomington, IL 61702.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven